IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

FILED
US DISTRICT COURT
DISTRICT OF ALASKA
2005 DEC -8 PM 1:54

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KRISTA A. CALLAN, ) | |
| ) | |
| Defendant. ) | |
| ) Case No. A05-0108-07-CR (JWS) | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE PRE-TRIAL MOTIONS**

*[Filed on Shortened Time]*

COMES NOW DEFENDANT KRISTA A. CALLAN by and through her attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C. and hereby moves for an enlargement of time of two weeks to file pre-trial motions.

This motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 8th day of December 2005.

LAW OFFICES OF LANCE C. WELLS, P.C.
Attorneys for Krista A. Callan

By: _____
Lance C. Wells
Alaska Bar No. 9206045

LAW OFFICES
OF LANCE
CHRISTIAN WELLS
*A Professional Corporation*
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 274-9696
Fax (907) 277-9859

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|                         Plaintiff, | ) |
| v. | ) |
| KRISTA A. CALLAN, | ) |
|                         Defendant. | ) Case No. A05-0108-07-CR (JWS) |

### AFFIDAVIT OF LANCE C. WELLS

STATE OF ALASKA      )
                               ) ss.
THIRD JUDICIAL DISTRICT )

*[Filed on Shortened Time]*

I, LANCE WELLS, depose and state as follows.

1.    I am the appointed CJA counsel for defendant in the above-captioned action.

2.    Pretrial motions are due today, December 8, 2005.

3.    I received discovery today and yesterday in the above matter, including 18 tapes/CDs.

4.    More time is needed to review the discovery, and therefore a two-week extension of time, until December 22, 2005, is requested to file the pre-trial motions.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

LAW OFFICES
OF LANCE
CHRISTIAN WELLS
*A Professional
Corporation*
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph  (907) 274-9696
Fax (907) 277-9859

*AFFIDAVIT OF LANCE C. WELLS*
*United States of America v. Krista A. Callan*
*Case No. A05-0108-07-CR(JWS)*                        Page 1 of 2

DATED at Anchorage, Alaska, this 8th day of December 2005.

                                 LAW OFFICES OF LANCE C. WELLS, P.C.
                                 Attorneys for Krista A. Callan

                         By: _____
                                   Lance C. Wells, Esq.,
                                   Alaska Bar No. 9206045

SUBSCRIBED AND AFFIRMED before me this 8th day of December 2005, at Anchorage, Alaska.

                             _____
                             Notary Public in and for Alaska
                             My commission expires: June 8, 2006

LAW OFFICES
OF LANCE
CHRISTIAN WELLS
*A Professional
Corporation*
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 274-9696
Fax (907) 277-9859

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KRISTA A. CALLAN, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. A05-0108-07-CR (JWS) |

**CERTIFICATE OF SERVICE**

*[Filed on Shortened Time]*

I hereby certify that on this 8th day of December 2005, I served a true and correct copy of <u>Motion for Enlargement of Time to File Pre-Trial Motions</u>, affidavit of counsel, and proposed order by hand delivery on the following:

> Stephan A. Collins
> U.S. Attorney's Office
> 222 W. 7th Ave, #9, Rm 253
> Anchorage, Alaska 99513

DATED at Anchorage, Alaska, this 9th day of December 2005.

LAW OFFICES OF LANCE C. WELLS, P.C.
Attorneys for Krista A. Callan

By: _____
   Sharon R. Leippi, Secretary

LAW OFFICES
OF LANCE
CHRISTIAN WELLS
*A Professional Corporation*
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 274-9696
Fax (907) 277-9859