IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KRISTA A. CALLAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Case No. A05-0108-07-CR (JWS) |

LODGED DEC 0 8 2005

FILED
DEC 0 8 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

**ORDER ON MOTION FOR ENLARGEMENT OF TIME TO FILE PRE-TRIAL MOTIONS**

*[Filed on Shortened Time]*

The court having considered defendant's motion for enlargement of time, opposition and any reply having been filed,

It is hereby ORDERED, ADJUDGED and DECREED that defendant's motion for enlargement of time is GRANTED. The due date of pre-trial motions is extended two weeks, from Thursday, December 8, 2005 to Thursday, December 22, 2005. Government's answer shall be filed by January 3, 2005.

Dated this 8th day of December 2005.

_____
Hon. John D. Roberts
U.S. Magistrate Judge

A05-0108--CR (JWS)   am 12-8-05
-------------------------------------
✓ L. WELLS
✓ S. COLLINS (US ATTY)

LAW OFFICES
OF LANCE
CHRISTIAN WELLS
A Professional
Corporation
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 274-9696
Fax (907) 277-9859

78