**FILED**

DEC 14 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. A05-0108-07CR (JWS) |
| v. ) | |
| ) | **RELEASE ORDER** |
| KRISTA ANN CALLAN, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL

Defendant, Krista Ann Callan, has this date met the bail conditions indicated below and is ordered discharged from custody.

| XX | Released to Frances Taylor, the 24 hour sight and sound third party custodian; |
|---|---|
| ____ | Paid cash bail in the amount of   to the Clerk of Court; |
| ____ | Posted unsecured bond in the amount of ; |
| ____ | Posted bond secured by property or surety in the amount of   with the Clerk of Court; |
| ____ | Surrendered passport to the Clerk of Court; |
| ____ | Other. |

Dated at Anchorage, Alaska, this 13th day of December 2005.

IDA ROMACK, Clerk of Court

BY: _____
Deputy Clerk

A05-0108--CR (JWS)     ✓ US PROBATION on 12/14/05
--------------------
✓ L. WELLS
✓ S. COLLINS (US ATTY)
✓ US MARSHAL

102