MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED DEC 21 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA   Deputy

UNITED STATES OF AMERICA    v.    CARLOS LIKEE RAINEY, et al.

THE HONORABLE JOHN W. SEDWICK        CASE NO.  A05-0108 CR (JWS)

Deputy Clerk                Official Recorder

Pam Richter

PROCEEDINGS:   **ORDER FROM CHAMBERS**

This order memorializes the results of the trial scheduling conference held on December 21, 2005.

At the conference, the court solicited information from each of the defendants and their counsel regarding preparation for trial. As noted on the record during the conference, the court views this case which involves 10 defendants (there is an eleventh, but he is presently in fugitive status), 22 separate charges, and literally hundreds of recorded conversations to be complicated and one the defense of which will require a great deal of time to prepare. Furthermore, the logistical difficulty of providing each defendant and his lawyer with a chance to review the recordings and evaluate them along with other evidence will be increased because at least several of the defendants will be housed outside Alaska due to a shortage of bed space. The time needed for all defendants to prepare adequately to defend themselves against the very serious charges brought by the United States will be lengthy.

Given the time required to prepare adequate defenses and given the fact that this case is so unusual and complex, the ends of justice served by setting a trial date beyond the Speedy Trial Act window outweigh the best interests of the public and the defendants in a speedier trial. The court suggested continuing trial to June 5, 2006, based on the information elicited at the hearing. All defendants were polled, and none objected to the continuance. Thereupon the court vacated the existing trial and final pre-trial conference dates, and RE-SCHEDULED the Final Pre-Trial Conference for 8:30 AM and the Trial for 9:00 AM on Monday, June 5, 2006, pursuant to 18 U.S.C. 3161(h)(8).

DATE: December 21, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A05-0108--CR (JWS)  12/21/05

✓ W. CAREY
✓ D. DATTAN (DATTAN)
✓ T. WONNELL (WONNELL)

✓ M. ROSENBAUM
✓ M. DIENI (FPD)
✓ S. STERLING (STERLING)
✓ L. WELLS
– J. PHARR

– A. BEISWENGER
– R. OFFRET (AGLIETTI)
– R. MENDEZ
– S. COLLINS (US ATTY)
– US MARSHAL

– US PROBATION
– JURY CLERK
– MAGISTRATE JUDGE ROBERTS

130