Law Offices of Lance Christian Wells, P.C.
733 W. 4th Avenue, Suite 308
Anchorage, AK. 99501
t)907-274-9696
f) 907-277-9859
email) lwells@gci.net
Bar # 9206045 AK.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>    vs. )<br> )<br>CARLOS LIKEE RAINEY, et al. )<br>    Defendants. )<br>_____ ) | **Case 3:05-cr-108-07-JWS** |

### RESPONSE TO COURT ORDER ON BEHALF OF DEFENDANT KRISTA ANN CALLAN REGARDING DISCOVERY AND PLANNING

Undersigned counsel for Defendant Krista Ann Callan submits this response to the court's order of December 23, 2005 as follows:

1. The suggestion for interim payments is reasonable and appropriate under the facts of this case.

2. Sharing of resources and interim payments for CJA-21 vendor services is reasonable and appropriate.

3. At this juncture, there appears to be a voluminous amount of discovery for review especially in the areas of audio and video CD's. To facilitate this review process, the government forwarded to IMIG Audio/Video CD's for duplication. This has initially been completed at the cost of $242.00 for each attorney. If there exists a

       less expensive manner to disseminate discovery, it should be utilized. IMIG has refused to use the CJA-21 vouchers.

4. Counsel does not oppose Scott Dattan as lead counsel in this manner should he desire this undertaking. He has done a fine job in the past in this position on other cases.

5. Until the issue of a joint defense agreement has been resolved particularly in reference to the wire taps, I do not know if it is possible to utilize the same investigator due to potential conflict.

6. At this time, I have not had sufficient time to review discovery to identify any such problems or issues.

7. I have been informed that FPD Rich Curtner that space could be made available for storage, duplication and distribution of discovery at their office. This would significantly reduce individually incurred costs.

8. If the FPD's office is used as the central depository and a discovery coordinator is appointed, then an index could be created and discovery distributed electronically to defense counsel.

9. Scheduling travel in advance would make planning easier as well as reducing overall costs.

…

1. With respect to the preparation of a service list, electronic filing is now on line and operational with the court. Counsel for Ms. Callan has enrolled in this and the email address is lwells@gci.net as the primary address.

2. With a trial date in June, and with the discovery made available to date, a pretrial motions deadline of March 15 or April 1, 2006 appears appropriate.

3. Indexing of all documents by Bates numbers is useful and beneficial. The US Attorney's Office has been utilizing this method thus far in this matter on discovery received to date.

4. Ms. Callan does not need the services an interpreter.

5. Expert witnesses may be necessary. Any time limit imposed should be generous enough to take into account the limited personnel resources available to most criminal defense practitioners, in particular CJA appointed counsel.

6. The court's suggestion regarding discovery costs is reasonable and appropriate.

7. The Federal Defender has volunteered the use of some space for this purpose.

8. It is too early for counsel to take a position at this juncture.

In conclusion, no lead counsel for the case of CJA counsel has stepped forward at the time of this writing. Undersigned counsel has spoken with several of the attorney involved, but a final decision of lead counsel has not yet been made.

Respectfully submitted this 11th day of January, 2006.

Law Offices of Lance C. Wells, P.C.

s/ Lance C. Wells
733 W. 4th Avenue, Suite 308
Anchorage, AK. 99501
t)907-274-9696
f) 907-277-9859
email) lwells@gci.net
Bar # 9206045 AK.