Law Offices of Lance Christian Wells, P.C.
733 W. 4th Avenue, Suite 308
Anchorage, AK. 99501
t)907-274-9696
f) 907-277-9859
email) lwells@gci.net
Bar # 9206045 AK.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|     Plaintiff,            ) | |
|                                     ) | |
|     vs.                  ) | |
|                                     ) | |
| CARLOS LIKEE RAINEY,  et al.        ) | |
|     Defendants.          ) | |
| _____ ) | **Case 3:05-cr-108-07-JWS** |

## NOTICE OF ERRATA

COMES NOW DEFENDANT KRISTA CALLAN through undersigned counsel and hereby files this Notice of Errata as to her certificate of service pertaining her document filed at docket 155. The following persons have been served electronically and by US Mail as follows on 1/11/06:

**Electronically:**

Stephan A. Collins, AUSA
D. Scott Dattan
Michael D. Dieni
Raul Mendez
and Thomas B. Wonnell

**and by US Mail**

Allen D. Beiswenger
William B. Carey
Ronald A. Offret
John C. Pharr
Mark A. Rosenbaum

Notice of Errata Krista Callan                                                                                                          1

and Scott A. Sterling

Dated 1/11/06

>Law Offices of Lance C. Wells, P.C.
>
>s/ Lance C. Wells
>733 W. 4th Avenue, Suite 308
>Anchorage, AK. 99501
>t)907-274-9696
>f) 907-277-9859
>email) lwells@gci.net
>Bar # 9206045 AK.