Lance Christian Wells, Esq.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KRISTA A. CALLAN, ) | |
|     Defendant. ) | |
| _____) | **Case No. A05-108 CR (JWS)** |

### NON-OPPOSED MOTION FOR ADDITIONAL THIRD PARTY CUSTODIAN

COMES NOW LANCE C. WELLS, counsel of record for Defendant Krista A. Callan named above and hereby files this non-opposed motion to add an additional third party custodian

On 2/9/06, undersigned counsel spoke with AUSA Stephan Collins by telephone and US Probation Officer Paula McCormick who both have non-opposed adding Ms. Jacqueline L. Wiley as an additional third party. Ms. McCormick has interviewed Ms. Wiley as well as having conducted a home visit. She recommends her approval by this court. Ms. Wiley may be reached at 825 N. Park, #1 Anchorage, AK. Her telephone number is 868-8827.

A proposed order is attached hereto for this court's signature.

Dated this 9th day of February, 2006.

                                  LAW OFFICES OF LANCE C. WELLS, P.C.

                                  s/Lance C. Wells
                                  Attorney for Krista A. .Callan
                                  733 W. 4th Ave, Suite 308
                                  Anchorage, Alaska 99501
                                  Phone: 907/274-9696
                                  Fax: 907/277-9859
                                  E-mail: lwells@gci.net
                                  AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA,<br>    Plaintiff,<br><br>vs.<br><br>KRISTA A. CALLAN,<br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Case No.  A05-108 CR (JWS)** |

### [PROPOSED] ORDER

The court having considered the non-opposed motion to add an additional third party custodian, it is hereby ordered, adjudged and decreed that the non-opposed motion is granted. Ms. Jacqueline Wiley is hereby approved as an alternate third party custodian for Ms. Krista A. Callan.

Dated: _____   _____
                                  US District Court Judge

**Certificate of Service**

      That on the 9th day of Feb. 2006, a copy of this non-opposed motion for additional third party custodian was served by electronic filing upon Mr. Stephan Collins, AUSA, Allan D. Beiswenger, William B. Carey, Ronald Offret, John C. Pharr, Mark Rosenbaum and Scott Sterling and Paula McCormick by hand courier delivery.

By: s/LC Wells, Esq.