IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA,              ) | |
|     Plaintiff,      ) | |
|                   ) | |
| vs.               ) | |
|                   ) | |
| KRISTA A. CALLAN, ) | |
|     Defendant.     ) | |
| _____ ) | Case No.  A05-108 CR (JWS) |

### [PROPOSED] ORDER

The court having considered the non-opposed motion to add an additional third party custodian, it is hereby ordered, adjudged and decreed that the non-opposed motion is granted. Ms. Jacqueline Wiley is hereby approved as an alternate third party custodian for Ms. Krista A. Callan.

Dated: _____          _____
                                US District Court Judge

**Certificate of Service**

That on the 9th day of Feb. 2006, a copy of this non-opposed motion for additional third party custodian was served by electronic filing upon Mr. Stephan Collins, AUSA, Allan D. Beiswenger, William B. Carey, Ronald Offret, John C. Pharr, Mark Rosenbaum, tTBurke Wonnell, Scott Sterling and Paula McCormick by hand courier delivery.

By: s/LC Wells, Esq.