LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|     Plaintiff,       ) | |
| vs.       ) | |
|        ) | |
| CARLOS LIKEE RAINEY; SHANNON DAWN       ) | |
| RAINEY, D'ANDRE TOLBERT; DAMON       ) | |
| STEVENS; RICHARD JAMES McKINNON;       ) | |
| JOSHUA PRICE PLUID; KRISTA ANN;       ) | |
| CALLAN: ALEXANDER BOOKER; ALFREDO;       ) | |
| MARTINEZ and ISAI HERNANDEZ       ) | |
|     Defendant.       ) | |
|        ) Case No. 3:05-cr-108-JWS | |

## JOINT STATUS REPORT OF CJA COUNSEL

This status report is filed pursuant to the Court's Scheduling and Planning Order dated February 1, 2006. On behalf of the following defendants, Carlos Rainey, Shannon Rainey, D'Andre Tolbert, Krista Ann Callan, Alexander Booker, and Alfredo Martinez, all of whom are represented by CJA counsel, the following information is provided.

    **1.**    The government has just made 37 additional CD's available. None of the CJA counsel have even begun meaningful review of this discovery, which is in addition to the original 20 CD's provided. A case paralegal and discovery coordinator has recently been appointed. She will be working on reviewing and organizing all of this material for the benefit of the defendants.

    **2.**    It may be necessary to obtain transcripts of the many hours of wiretaps and intercepts provided by the Government. If these have already been transcribed, perhaps the

Government could be cajoled into providing them. In the alternative, these could be obtained by the defense and copies for CJA counsel made by the Public Defender.

    **3.** To date the Government has not provided any information in response to paragraph 2 of the Order. Either the Government has not yet identified any of the speakers from the recorded phone calls or the information just has not yet been provided.

    **4.** To date the Government has furnished neither the document index nor the tangible evidence index required by paragraph 3 of the Order. If the indices have not yet been prepared, perhaps the Government could provide an indication of when this information will be provided. It would also be extremely helpful if the Government would provide an index of the wiretaps and intercepts at the same time that it identifies the speakers on those calls.

    **5.** Given the volume of discovery, it was not possible, for the most part, to file any meaningful discovery motions by February 21st. Likewise, it does not seem likely that the pretrial motions deadline of March 15th can be met. CJA counsel will provide a joint update on that issue in the near future.

    **6.** At this time, the trial date still appears viable. It would certainly assist defense counsel if the Government were to indicate how much more discovery it will provide and when it will be provided.

    Dated this 1st day of March, 2006 in Anchorage, Alaska.

    s/D. Scott Dattan
Attorney for Defendant, Shannon Rainey
2600 Denali Street, Suite 460
Anchorage, Alaska  99503
Phone:  907-276-8008
E-Mail:  dattan@alaska.net
Alaska Bar No:  8411111

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 1, 2006, a copy of foregoing JOINT STATUS REPORT OF CJA COUNSEL was served electronically on: Stephan Collins, Mike Dieni, Allan Beiswenger, William Carey, John C. Pharr, Scott Sterling, Lance Wells, T. Burke Wonnell, Mark Rosenbaum, Raul Martinez, Hugh Fleischer, Scott Sterling, and Allan Beiswenger.

<u>s/D.Scott Dattan</u>