Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| USA, )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　)<br>vs. )<br>　　　　　　　　　　　　)<br>KRISTA CALLAN, )<br>　　　Defendant. )<br>_____) | **Case No.  A05-108 CR (JWS)** |

**MOTION FOR DETENTION REVIEW**

　　　COMES NOW LANCE C. WELLS, counsel of record for DEFENDANT KRISTA CALLAN and hereby files this motion for a detention review in the above matter.

　　　This motion is supported by the attached affidavit of counsel filed herewith. A proposed order for this courts signature is attached hereto.

　　　Dated this 8th day of March, 2006.

　　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF LANCE C. WELLS, P.C.

　　　　　　　　　　　　　　　　　　　　　s/Lance C. Wells
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　733 W. 4th Ave, Suite 308
　　　　　　　　　　　　　　　　　　　　　Anchorage, Alaska 99501
　　　　　　　　　　　　　　　　　　　　　Phone: 907/274-9696
　　　　　　　　　　　　　　　　　　　　　Fax: 907/277-9859
　　　　　　　　　　　　　　　　　　　　　E-mail: lwells@gci.net
　　　　　　　　　　　　　　　　　　　　　AK # 9206045

Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| USA,           ) | |
|     Plaintiff,    ) | |
| )  | |
| vs.            ) | |
| )  | |
| KRISTA CALLAN,      ) | |
|     Defendant.    ) | |
| _____) | **Case No.  A05-108 CR (JWS)** |

**Certificate of Service**

    That on the 8th day of March, 2006, a copy of this document Motion for Detention Review, Affidavit and Proposed Order were served by electronic filing upon, AUSA S. Collins and Federal Probation Office via hand courier delivery.

    By: s/LC Wells, Esq.