# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, | ) |
|      Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KRISTA CALLAN, | ) |
|      Defendant. | ) |
| _____) | **Case No.  A05-108 CR (JWS)** |

### [PROPOSED] ORDER

It is so ordered that a detention review shall be held on the ___ day of ___, 2006, at ____ a.m./p.m. in courtroom number ___ before the Hon. Judge _____.

Dated: _____                    _____
                                Hon. U.S. District Court Judge

### Certificate of Service

That on the 8th day of March, 2006, a copy of this Proposed Order was served by electronic filing upon AUSA S. Collins via electronic transmission and federal probation via hand courier delivery.

By: s/Lance C. Wells