IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA, )
    Plaintiff, )
)
vs. )
)
KRISTA CALLAN, )
    Defendant. )
_____)    **Case No.  A05-108 CR (JWS)**

**AFFIDAVIT OF COUNSEL**

Lance C. Wells having been duly sworn deposes and states as follows:

1. I am the attorney of record for the defendant named above.

2. I make this affidavit in support of the Motion for Detention Review.

3. Defendant desires to have Connie Kilpatrick approved as a twenty four hour custodian.

4. Ms. Kilpatrick is no longer employed for the Hilton Hotel in Anchorage and is available to supervise the defendant. A copy of her Application for Third Party Custodian has been forwarded to the Federal Probation Office for Review.

5. Ms. Kilpatrick was previously proposed and denied as she was working for the Hilton Hotel where Ms. Callan is alleged to have had drugs delivered to.

6. Ms Callan as set forth above no longer works there and is currently unemployed and willing to supervise the defendant. She has known the defendant for many years and it appears she would make a fine third party custodian.

7. Counsel will be unavailable and out of state March 15-27, 2006, so it is requested that a hearing be scheduled before my departure or upon my return back to Alaska.

8. Further Your Affiant Sayeth Naught.

Dated: 3/8/06             s/ Lance C. Wells
                          Attorney for Defendant
                          733 W. 4th Ave, Suite 308
                          Anchorage, Alaska 99501
                          Phone: 907/274-9696
                          Fax: 907/277-9859
                          E-mail: lwells@gci.net
                          AK # 9206045


s/Sharon Leipi,
<u>Notary in and for Alaska,</u>
<u>My Commission Expires: 6/8/06</u>


**<u>Certificate of Service</u>**

That on the 8th day of March, 2006, a copy of this Affidavit of Counsel was served by electronic filing upon AUSA S. Collins via electronic transmission and federal probation via hand courier delivery.

By: s/Lance C. Wells