Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | FILED ON SHORTENED TIME |
| KRISTA CALLAN, ) | |
|    Defendant. ) | |
| _____) | **Case No. A05-108 CR (JWS)** |

## MOTION TO VACATE DETENTION REVIEW HEARING FILED ON SHORTENED TIME

COMES NOW KRISTA CALLEN through undersigned counsel and hereby files this motion to vacate the detention review currently scheduled for 3/10/06 at 11:00 a.m.

This motion is supported by the attached affidavit of counsel filed herewith. A proposed order is attached hereto.

Dated: 3/8/06          s/ Lance C. Wells
                       Attorney for Defendant
                       733 W. 4th Ave, Suite 308
                       Anchorage, Alaska 99501
                       Phone: 907/274-9696
                       Fax: 907/277-9859
                       E-mail: lwells@gci.net
                       AK # 9206045

Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | FILED ON SHORTENED TIME |
| KRISTA CALLAN, ) | |
|     Defendant. ) | |
| _____) | **Case No. A05-108 CR (JWS)** |

### [PROPOSED] ORDER

Good cause having been shown, it is hereby ordered that he detention review scheduled for 3/10/06 at 11:00 a.m. is hereby vacated. Said matter may be rescheduled upon application in the future from counsel for Ms. Callen. The court wishes Ms. Callen a swift and successful recovery.

    Dated: _____             _____
                                                  US District Court Judge

Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KRISTA CALLAN, | ) |
|     Defendant. | ) |
| _____) | **Case No. A05-108 CR (JWS)** |

### Certificate of Service

On 3/9/06, this document and proposed order were served upon the following parties at their addresses of record as follows:

    S. Collins, AUSA
    M. Dieni
    A. Beiswenger
    W. Carey
    J. Pharr
    S. Sterling
    T.B. Wonnell
    M. Rosenbaum
    R. Martinez
    H. Fleischer
    And by hand courier upon Federal Probation Officer P. McCormick

Dated: 3/8/06                  s/ Lance C. Wells
                                  Attorney for Defendant
                                  733 W. 4th Ave, Suite 308
                                  Anchorage, Alaska 99501
                                  Phone: 907/274-9696
                                  Fax: 907/277-9859
                                  E-mail: lwells@gci.net
                                  AK # 9206045