Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

USA, )
    Plaintiff, )
)
vs. )
) FILED ON SHORTENED TIME
)
KRISTA CALLAN, )
    Defendant. )
_____) **Case No. A05-108 CR (JWS)**

### AFFIDAVIT OF COUNSEL

Lance C. Wells having been duly sworn deposes and states as follows:

1. I am the attorney of record for the defendant named above.

2. I make this affidavit in support of my motion to vacate the detention review filed on shortened time in the above matter set for 3/10/06 at 11:00 a.m.

3. Today I received a telephone call from Federal Probation Officer Paula McCormick who stated to me that the defendant has been admitted and hospitalized at the Alaska Native Medical Hospital.

4. She has been diagnosed with cancer.

5. That she may need immediate surgery.

6. That her ankle monitor has been removed by hospital staff so that she may be treated accordingly.

7. Her third parties including proposed third party have been at the hospital with her.

8.  I am requesting we vacate tomorrows scheduled hearing and allow me to request to reset it again once Ms. Callen is out of the hospital and strong enough in her recovery to make it to court.

9.  I was previously made aware that Ms. Callen had been in and out of the hospital in the last few weeks for unknown reasons, but apparently was diagnosed earlier today. The exact nature of her cancer has not yet been disclosed to me.

10. Further Your Affiant Sayeth Naught.

    Dated: 3/9/06        s/ Lance C. Wells
                         Attorney for Defendant
                         733 W. 4th Ave, Suite 308
                         Anchorage, Alaska 99501
                         Phone: 907/274-9696
                         Fax: 907/277-9859
                         E-mail: lwells@gci.net
                         AK # 9206045


                         s/Sharon Leippi,
                         Notary in and for Alaska,
                         My Commission Expires: 6/8/06

Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KRISTA CALLAN, ) | |
|     Defendant. ) | |
| _____) | **Case No. A05-108 CR (JWS)** |

### Certificate of Service

On 3/9/06, this document and proposed order were served upon the following parties at their addresses of record as follows:

    S. Collins, AUSA
    M. Dieni
    A. Beiswenger
    W. Carey
    J. Pharr
    S. Sterling
    T.B. Wonnell
    M. Rosenbaum
    R. Martinez
    H. Fleischer
    And by hand courier upon Federal Probation Officer P. McCormick

Dated: 3/8/06

s/ Lance C. Wells
Attorney for Defendant
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045