# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. KRISTA CALLAN

**3-05-cr-00108-JWS-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**

Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

**RE: Motion to Vacate Bail Review Hearing**, Docket No. 187

Defendant Callan's motion for shortened time consideration is granted. The bail review hearing scheduled for **Friday, March 10, 2006 @ 11:00 a.m.** is hereby **vacated**.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

March 9, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-05-cr-00108-02-JWS-JDR CALLAN @187 ORDER Vacating Bail Review Hearing.wpd

**ORDER @187 Motion GRANTED**

3-06-cr-00108-01-JWS-JDR      Entered by Judge John D. Roberts      03/09/2006; Page 1 of 1