Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>KRISTA CALLAN, )<br>    Defendant. )<br>_____) | Case No.  A05-108 CR (JWS) |

### MOTION AND PROPOSED ORDER FOR CHANGE OF PLEA FILED ON SHORTENED TIME

COMES NOW LANCE C. WELLS, counsel of record for DEFENDANT KRISTA CALLAN and hereby files this motion for a change of plea date on shortened time in the above matter. A signed plea agreement has been reached with the Government and they will file it under seal once they have signed off on it. Counsel for defendant is unavailable June 2, 2006, as I will be in Fairbanks on another federal matter.

Dated this 24th day of May, 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Defendant
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

Lance C. Wells  
Law Offices of Lance C. Wells, P.C.  
733 W. 4th Ave, Suite 308  
Anchorage, Alaska 99501  
Phone: 907/274-9696  
Fax: 907/277-9859  
E-mail: lwells@gci.net  
AK Bar # 9206045

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| USA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KRISTA CALLAN, ) | |
|     Defendant. ) | |
| _____) | **Case No.  A05-108 CR (JWS)** |

**[PROPOSED] ORDER**

A change of plea shall be held on the ___ day of _____, 2006, at ____ a.m./p.m. in courtroom number _____.

Dated: _____         _____
                                          US District Court Judge

Lance C. Wells  
Law Offices of Lance C. Wells, P.C.  
733 W. 4th Ave, Suite 308  
Anchorage, Alaska 99501  
Phone: 907/274-9696  
Fax: 907/277-9859  
E-mail: lwells@gci.net  
AK Bar # 9206045  

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| USA,   ) | |
|     Plaintiff,   ) | |
|     ) | |
| vs.   ) | |
|     ) | |
| KRISTA CALLAN,   ) | |
|     Defendant.   ) | |
| _____) | **Case No.  A05-108 CR (JWS)** |

**Certificate of Service**

    That on the 24th day of May, 2006, a copy of this document Motion for Change of Plea Filed on Shortened Time and Proposed Order were served by electronic filing upon, AUSA S. Collins as well as all other counsel of record in this matter.

    By: s/LC Wells, Esq.