# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

   UNITED STATES OF AMERICA   v.   KRISTA ANN CALLAN

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                       CASE NO.  3:05-cr-00108-07-JWS

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: May 25, 2006

      The above-referenced matter had been set on for a jury trial to commence on June 5, 2006, before Judge Sedwick at Anchorage, Alaska. This matter is now RESCHEDULED for a proposed change of plea on Wednesday, May 31, 2006, at 10:30 a.m..

      The June 5, 2006, final pre-trial conference and trial by jury as to this defendant are vacated.

[]{IK2.WPD*Rev.12/96}