Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KRISTA CALLAN, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:05-cr-108-07-JWS |

**NON-OPPOSED MOTION TO CONTINUE SENTENCING**

*[Filed on Shortened Time]*

COMES NOW DEFENDANT KRISTA CALLAN by and through her attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C. and hereby moves the court on shortened time, pursuant to Local Rule 7.1, to continue sentencing which is currently set for Tuesday, September 19, 2006, at 10:00 a.m.

This non-opposed motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 12th day of September 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Wilkins Furment
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served electronically on 9/12/06 upon:

Stephan Collins
Asst. U.S. Attorney

s/Lance C. Wells