Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KRISTA CALLAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:05-cr-108-07-JWS |

**AFFIDAVIT OF LANCE C. WELLS**

*[Filed on Shortened Time]*

I, LANCE C. WELLS, depose and state as follows.

1. I am attorney for defendant in the above-captioned matter.

2. Sentencing in the above matter is set for Thursday, June 1, 2006, at 8:30 a.m.

3. Ms. Callan has been incarcerated at Sea-Tac, returning to Anchorage on or about Tuesday September 12, 2006.

4. Ms. Callan seeks to qualify for the "safety valve," based on her lack of criminal history. In order to do so she must be debriefed and comply with the requirements set forth under the now advisory USSG.

5.   I spoke with telephonically on 9/11/06, Asst. U.S. Attorney Stephan Collins who stated that the government through its law enforcement agents wanted an opportunity to debrief Ms. Callan now that she is no longer in Washington State. Mr. Collins has non-opposed this motion to continue sentencing. It is estimated that this can be accomplished within the next 2-3 weeks as the agents involved are currently working other assignments, out of town and unavailable.

6.   I am therefore asking that sentencing be continued for at least three weeks.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 12th day of September 2006.

                      LAW OFFICES OF LANCE C. WELLS, P.C.
                      Attorneys for Defendant

                      By:_____/s/_____
                           Lance C. Wells, Esq.,
                           Alaska Bar No. 9206045

SUBSCRIBED AND AFFIRMED before me this 12th day of September 2006, at Anchorage, Alaska.

                      _____
                      Notary Public in and for Alaska
                      My commission expires: _____

                      LAW OFFICES OF LANCE C. WELLS, P.C.

                      <u>s/Lance C. Wells</u>
                      Attorney for Defendant
                      733 W. 4th Ave, Suite 308
                      Anchorage, Alaska 99501
                      Phone: 907/274-9696

```
                                    Fax: 907/277-9859
                                    E-mail: lwells@gci.net
                                    AK # 9206045
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 12, 2006, a copy of the foregoing was served electronically:

Stephan Collins
Asst. U.S. Attorney

s/Lance C. Wells