NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case 3:05-CR-00108-7-JWS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | <u>UNITED STATES SENTENCING</u> |
| KRISTA ANN CALLAN, | ) | <u>MEMORANDUM</u> |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SUMMARY OF SENTENCING RECOMMENDATIONS

**TERM OF IMPRISONMENT** . . . . . . . . . . . . . . . . . . . . **46/60 MONTHS**

**TERM OF SUPERVISED RELEASE** . . . . . . . . . . . . . . . . . . **4 YEARS**

**FINE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$0.00**

**SPECIAL ASSESSMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$100.00**

The United States Probation Office [USPO] has prepared the presentence report [PSR] in this case and the United States does not dispute the factual findings the USPO has made. The United States will rely upon the factual statements in the PSR in making its sentencing recommendations.

Following her plea of guilty, the defendant stands convicted of one count of conspiracy, in violation of 21 U.S.C. § 846. The USPO has recommended the Court find the defendant's total adjusted base offense level for the counts of conviction to be 23 and that, with the defendant's criminal history category classification of I, the defendant's sentence range to be between 46 and 57 months of imprisonment.

The USPO has accurately assessed the information the United States developed as part of its investigation in this matter and has accurately set forth in the PSR the background information of the defendant's criminal activities. The United States is prepared to present evidence in support of the information contained in the pre-sentence report.

In accordance with the U.S.S.G. and the sentencing factors set forth in 18 U.S.C. § 3553, the United States recommends a sentence 46 months of

imprisonment if the defendant fulfills the criteria under U.S.S.G. § 5C1.2(a)(5) or 60 months if she does not fulfill the criteria, a special assessment of $100.00, and a term of four- years supervised release.  The United States does not recommend the imposition of a fine, based on the defendant's apparent current or foreseeable ability to pay a substantial fine.  This sentence will adequately address not only the United States Sentencing Commission Guideline concerns but also those contained in 18 U.S.C. § 3553.

  RESPECTFULLY SUBMITTED this day, October 23, 2006, in Anchorage, Alaska.

          NELSON P. COHEN
          United States Attorney

          s/Stephan A. Collins
          Assistant U.S. Attorney
          222 West 7th Ave., #9, Rm. 253
          Anchorage, AK 99513-7567
          Phone: (907) 271-5071
          Fax: (907) 271-1500
          E-mail: stephan.collins@usdoj.gov
          AK # 8911061