Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | |
| ) | |
| KRISTA CALLAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:05-cr-108-07-JWS |

**NON-OPPOSED MOTION TO CONTINUE SENTENCING**

*[Filed on Shortened Time]*

COMES NOW DEFENDANT KRISTA CALLAN by and through her attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C. and hereby moves the court on shortened time, pursuant to Local Rule 7.1, to continue sentencing which is currently set for Tuesday, October 31, 2006, at 8:30 a.m.

This non-opposed motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 30th day of October 2006.

                              LAW OFFICES OF LANCE C. WELLS, P.C.

                              <u>s/Lance C. Wells</u>
                              Attorney for Wilkins Furment
                              733 W. 4th Ave, Suite 308
                              Anchorage, Alaska 99501
                              Phone: 907/274-9696
                              Fax: 907/277-9859
                              E-mail: <u>lwells@gci.net</u>
                              AK # 9206045

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served electronically on 10/30/06 upon:

Stephan Collins
Asst. U.S. Attorney

<u>s/Lance C. Wells</u>