Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KRISTA CALLAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:05-cr-108-07-JWS |

**ORDER ON NON-OPPOSED MOTION TO CONTINUE SENTENCING**

*[Filed on Shortened Time]*

Defendant, having moved the court and the court having considered the Non-Opposed Motion to Continue Sentencing filed on shortened time pursuant to Local Rule 7.1, affidavit of counsel, proposed order, and being fully advised in the premises,

IT IS HEREBY ORDERED that defendant's motion is GRANTED. Sentencing in the above-captioned matter is hereby reset for the _____ day of _____ 2006, at the hour of _____ o'clock __.m. in Courtroom No. _____ before Judge Sedwick.

DATED this _____ day of _____ 2006.

                                                    _____
                                                    Hon. John W. Sedwick
                                                    Chief Judge of the District Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 30th, 2006, a copy of the foregoing was served electronically upon:

Stephan Collins
Asst. U.S. Attorney

s/Lance C. Wells