Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KRISTA CALLAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:05-cr-108-07-JWS |

**AFFIDAVIT OF LANCE C. WELLS**

*[Filed on Shortened Time]*

I, LANCE C. WELLS, depose and state as follows.

1. I am attorney for defendant in the above-captioned matter.

2. Sentencing in the above matter is set for Tuesday, October 31, 2006, at 8:30 a.m.

3. Ms. Callan seeks to qualify for the "safety valve," based on her lack of criminal history. In order to do so she must be debriefed and comply with the requirements set forth under the now advisory USSG. A debrief has been set for 10/31 at 10:00 a.m. As a result of the agent's schedule, it could not be arranged any earlier.

4.  I spoke with telephonically on 10/27/06, Asst. U.S. Attorney Stephan Collins who stated that the government through its law enforcement agents wanted an opportunity to debrief Ms. Callan now that she is no longer in Washington State. Mr. Collins has non-opposed this motion to continue sentencing.

5.  I am therefore asking that sentencing be continued for at least a week or two in the event there are follow up debriefings.

6.  FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 30th day of October 2006.

> LAW OFFICES OF LANCE C. WELLS, P.C.
> Attorneys for Defendant
>
> By:_____/s/_____
>      Lance C. Wells, Esq.,
>      Alaska Bar No. 9206045

SUBSCRIBED AND AFFIRMED before me this 30th day of October 2006, at Anchorage, Alaska.

> _____
> Notary Public in and for Alaska
> My commission expires: _____
>
> LAW OFFICES OF LANCE C. WELLS, P.C.
>
> s/Lance C. Wells
> Attorney for Defendant
> 733 W. 4th Ave, Suite 308
> Anchorage, Alaska 99501
> Phone: 907/274-9696
> Fax: 907/277-9859
> E-mail: lwells@gci.net
> AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
October 30, 2006, a copy
of the foregoing was served
electronically:

Stephan Collins
Asst. U.S. Attorney

s/Lance C. Wells