NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In the Matter of | ) | No. 3:05-CR-00108-JWS |
| | ) | |
| KRISTA ANN CALLAN | ) | PETITION FOR WRIT OF |
| | ) | HABEAS CORPUS AD |
| On Writ of Habeas Corpus | ) | TESTIFICANDUM |
| | ) | |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

KRISTA ANN CALLAN, who is imprisoned by the Federal Bureau of Prisons is a witness in a certain cause now pending before this court, to wit: *United States of America v. Damon Devone Stevens*, No. 3:05-CR-00108-JWS, which is scheduled for a continued imposition of sentence hearing on February  6,

2007 at the United States District Court, Anchorage, Alaska.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Testificandum to the Federal Bureau of Prisons to bring the said prisoner before the court in Anchorage, Alaska for the continued imposition of sentence hearing in the matter of *United States V. Damon Devone Stevens*, No. 3:05-CR-00108-JWS, as well as further proceedings, and to be returned to the Federal Bureau of Prisons.

RESPECTFULLY SUBMITTED this day, December 19, 2006, in Anchorage, Alaska.

NELSON P. COHEN
UNITED STATES ATTORNEY


s/ Stephan A. Collins
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061