IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | |
| ) | No. 3:05-CR-00108-JWS |
| KRISTA ANN CALLAN ) | |
| ) | |
| On Writ of Habeas Corpus ) | |
| ) | |
| ) | |
| UNITED STATES OF ) | WRIT OF HABEAS CORPUS |
| AMERICA, ) | AD TESTIFICANDUM |
| ) | |
| DISTRICT OF ALASKA ) | |
| ) | |

The President of the United States of America to:

Federal Bureau of Prisons, United States Marshal, District of Alaska, or his duly authorized representative.

GREETINGS:

      We command that you have the body of KRISTA ANN CALLAN, by you imprisoned and detained as it is said, under safe and secure conduct, before the Judge of our District Court within and for the District of Alaska, at Anchorage, Alaska, for the continued imposition of sentence hearing, currently scheduled for February 6, 2007 in Anchorage, Alaska, and other proceedings as the Court may

desire, thereafter and as necessary in *United States v. Damon Devone Stevens*, No. 3:05-CR-00108-JWS, now pending before said court, and that you return said person to the Federal Bureau of Prisons as soon as the case may be disposed of, under safe and secure conduct.

      This is a continuing Writ on this date and such other times as the court directs.

      WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this day, _____.

_____
CLERK, U.S. DISTRICT COURT